UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 23-CR-891 (CCC) |
| v. | Hon. Claire C. Cecchi |
| JEYAKUMAR NADARAJAH | ORDER FOR CONTINUANCE |

This matter having come before the Court on the joint application of the United States, by Philip R. Sellinger, United States Attorney for the District of New Jersey (Jennifer S. Kozar, Assistant U.S. Attorney, appearing), by Glenn S. Leon, Chief of the U.S. Department of Justice's Criminal Division, Fraud Section (by Scott Armstrong and John Liolos, Trial Attorneys, appearing), and defendant Jeyakumar Nadarajah (Michael Schachter, Esq., appearing), for an order granting a continuance of proceedings in the above-captioned matter; and the defendant being aware that he has the right to have this matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to 18 U.S.C. § 3161(c)(1); and the defendant having consented to such continuance and having waived such right; and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The failure to grant a continuance would deny counsel for the defendant and counsel for the Government the reasonable time necessary for effective preparation in this matter, taking into account the exercise of due diligence;

(2) The defendant has consented to the aforementioned continuance; and

(3) The grant of a continuance likely will conserve judicial resources.

As a result of the foregoing, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS, therefore, on this ___8th___ day of November, 2023,

ORDERED that this action be, and hereby is, continued until January 31, 2024; and it is further

ORDERED that the period from the date of this order through January 31, 2024 be and it hereby is excluded in computing time under the Speedy Trial Act of 1974, 18 U.S.C. § 3161 *et seq.*

_____
Honorable Jessica S. Allen
United States ~~District~~ Magistrate Judge

Consented to as to form and entry:

_____
JENNIFER S. KOZAR
Assistant U.S. Attorney
SCOTT ARMSTRONG & JOHN LIOLOS
Trial Attorneys

_____,
MICHAEL SCHACHTER, ESQ., Counsel
for Defendant Jeyakumar Nadarajah